UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

TYRONE LASTER,

                                          Plaintiff,

-against-

DET. ROBERT J. MANCINI, 43 PCT., P.O. DOUGLAS VINCENT, 43 PCT. #31914, LT. GRIBBEN, 43 PCT. #596407, NEW YORK POLICE DEPARTMENT,

                                          Defendants.

**NOTICE OF APPEARANCE**

07 CV 8265 (DAB)

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that **Bradford C. Patrick**, Assistant Corporation Counsel, should be added as counsel of record on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants Detective Robert J. Mancini, Police Officer Douglas Vincent, Lieutenant James Gribben, and the New York City Police Department, having replaced Assistant Corporation Counsel Anna Nguyen, effective immediately.

Dated: New York, New York
       March 4, 2008

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel
                                          of the City of New York
                                          Attorney for Defendants
                                          100 Church Street
                                          New York, New York 10007
                                          (212) 788-1575

                                      By:      /s/
                                            Bradford C. Patrick
                                            Assistant Corporation Counsel
                                            Special Federal Litigation Division

-2-

CC: <u>BY MAIL</u>
Tyrone Laster, #59500-054
Plaintiff <u>Pro</u> <u>Se</u>
Metropolitan Correctional Center
150 Park Row
New York, NY 1000

## DECLARATION OF SERVICE BY FIRST CLASS MAIL

I, Bradford C. Patrick declare, pursuant to 28 U.S.C. § 1746, under the penalty of perjury that on **March 4, 2008**, I served the annexed **Defendant Quash's First Set of Interrogatories and Request for Production of Documents to Plaintiff** upon the following individual by depositing a copy of the same, enclosed in a first class postpaid properly addressed wrapper, in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to the said plaintiff pro se at the address set forth herein, being the address designated by said plaintiff for that purpose, to wit:

>Tyrone Laster, #59500-054
>Plaintiff Pro Se
>Metropolitan Correctional Center
>150 Park Row
>New York, NY 1000

Dated:    New York, NY
          March 4, 2008

                              _____/s/_____
                              Bradford C. Patrick
                              Assistant Corporation Counsel
                              Special Federal Litigation

Index No. 07 CV 8265 (DAB)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| GREGORY WHITE,<br><br>                                              Plaintiff,<br><br>- against -<br><br>DET. ROBERT J. MANCINI, 43 PCT., P.O. DOUGLAS VINCENT, 43 PCT. #31914, LT. GRIBBEN, 43 PCT. #596407, NEW YORK POLICE DEPARTMENT,<br><br>                                             Defendants. |
| **NOTICE OF APPEARANCE** |
| *MICHAEL A. CARDOZO*<br><br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants*<br><br>*100 Church Street*<br>*New York, N.Y. 10007*<br>*Of Counsel: Bradford C. Patrick*<br>*Tel: (212) 788-1575*<br>*NYCLIS No. 2007-032043* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y. ................................................., 200*<br><br>*...........................................................................Esq.*<br><br>*Attorney for..................................................................* |