```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
TYRONE LASTER,                     :
                                   :
              Plaintiff,           :     ORDER
                                   :
     -against-                     :     07 Civ. 8265 (DAB)(MHD)
                                   :
NEW YORK POLICE DEPARTMENT, et al.,:
                                   :
              Defendants.          :
                                   :
-----------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

   It is hereby **ORDERED** that a telephone conference has been scheduled in the above-captioned action on **THURSDAY, AUGUST 21, 2008 at 1:00 PM**, at which time you are directed to call chambers at (212) 805-0204. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED:  New York, New York
        August 11, 2008

                                         SO ORDERED.

                                         _____
                                         MICHAEL H. DOLINGER
                                         UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Mr. Tyrone Laster
#59500-054
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

Bradford Collins Patrick, Esq.
New York City Law Department
100 Church Street
New York, NY 10007

Anna Nguyen Fretel, Esq.
New York City Law Department
100 Church Street
New York, NY 10007