```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                    :
TYRONE LASTER,                      :
                                    :
                Plaintiff,          :      ORDER
                                    :
        -against-                   :      07 Civ. 8265 (DAB)(MHD)
                                    :
NEW YORK POLICE DEPARTMENT, et al., :
                                    :
                Defendants.         :
                                    :
-----------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    The Pro Se Office is directed to mail a *pro se* litigation manual to plaintiff.

**DATED:** New York, New York
        August 22, 2008

                          SO ORDERED.

                          _____
                          MICHAEL H. DOLINGER
                          UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Tyrone Laster
#59500-054
Jesup Correctional Facility
2680 Highway 301 South
Jesup, GA 31599

Bradford Collins Patrick, Esq.
New York City Law Department
100 Church Street
New York, NY 10007

Anna Nguyen Fretel, Esq.
New York City Law Department
100 Church Street
New York, NY 10007

Pro Se Office
United States Courthouse
500 Pearl Street
New York, NY 10007