```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
TYRONE LASTER,                      :
                                    :
               Plaintiff,           :         ORDER
                                    :
    -against-                       :    07 Civ. 8265 (DAB)(MHD)
                                    :
NEW YORK POLICE DEPARTMENT, et al., :
                                    :
               Defendants.          :
------------------------------------X

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

A pre-trial telephone conference having been held with plaintiff and defendants' counsel on August 21, 2008,

It is hereby **ORDERED** as follows:

1. All fact discovery is to be completed by **December 31, 2008**.

2. The parties are to submit a joint pre-trial order by **February 15, 2009**, unless a potentially dispositive motion has been served by that date. To accomplish this, plaintiff is to provide his portion of the joint pre-trial order (including a statement of his claims, a list of his contentions of fact, a list of his trial witnesses, and a list of trial exhibits) to defendants' counsel by no later than **January 15, 2009**. Defendants are to provide the equivalent information to plaintiff by no later than **January 30, 2009**. Defendants' counsel is to meet with plaintiff in an attempt

to agree on stipulations of fact and admissibility of exhibits by no later than **February 6, 2009**. Defendants' counsel is to arrange for the preparation of the final version of the joint pre-trial order and its signing and submission to the Court.

DATED:   New York, New York
         August 22, 2008

                                        SO ORDERED.

                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Tyrone Laster
#59500-054
Jesup Correctional Facility
2680 Highway 301 South
Jesup, GA 31599

Bradford Collins Patrick, Esq.
New York City Law Department
100 Church Street
New York, NY 10007

Anna Nguyen Fretel, Esq.
New York City Law Department
100 Church Street
New York, NY 10007